**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0006277
23-FEB-2017
07:49 AM**

NO. CAAP-13-0006277

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP FKA COUNTYWIDE HOME LOANS SERVICING LP,
Plaintiff-Appellee,
v.
JOHN EDWARD ANDERSON, III, Defendant-Appellant,
and
ASSOCIATION OF APARTMENT OWNERS OF KIPAPA ESTATES, et al.,
Defendants-Appellees,
and
JOHN DOES, 1-50, JANE DOES 1-50, et. al.,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 12-1-0359)

ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion of
this court entered on January 12, 2017, is hereby corrected so
that the caption reflects that the Association of Apartment
Owners of Kipapa Estates is an appellee, and not an appellant, in
this appeal. The caption is thus corrected as follows:

---

[1] Fujise, Presiding Judge, Reifurth and Ginoza, JJ.

1.  At page 1, the caption shall read:

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP FKA COUNTYWIDE HOME LOANS SERVICING LP,
Plaintiff-Appellee,
v.
JOHN EDWARD ANDERSON, III, Defendant-Appellant,
and
ASSOCIATION OF APARTMENT OWNERS OF KIPAPA ESTATES, et al.,
Defendants-Appellees,
and
JOHN DOES, 1-50, JANE DOES 1-50, et. al.,
Defendants

The clerk of the court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, February 23, 2017.

Associate Judge